1 | BENJAMIN B. WAGNER
United States Attorney
2 | IAN L. GARRIQUES
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for the
6 | United States of America

FILED

APR 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA     SEALED

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | CASE NO. 1:12 SW 00078 - BAM |
| Cellco Partnership DBA Verizon ) Wireless Cellular telephone number:) (559)341-1465 and (559)476-9762 ) | SEALING ORDER |
| ) | **UNDER SEAL** |

Good cause having been shown, IT IS HEREBY ORDERED that the search warrant and application and affidavit in support of the search warrant herein be SEALED until further order of this Court.

DATED: 4/6/12

_____
HON. BARBARA A. McAULIFFE
U.S. Magistrate Judge

1